**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| CLEAN FUELS ALLIANCE AMERICA, et al., |
|            Plaintiffs |
| |
|      v. |
| |
| LEE ZELDIN, in his official capacity as Administrator, U.S. Environmental Protection Agency, et al. |
| |
|            Defendants. |

Civil Action No. 1:24-cv-3572

## STATUS REPORT SUBMITTED BY CLEAN FUELS ALLIANCE AMERICA AND GROWTH ENERGY

Clean Fuels Alliance America and Growth Energy provide this status update in response to this court's directive for a joint status report by November 7, 2025. Specifically, this Court directed that:

> the parties shall, by November 7, 2025, file a joint status report updating the Court on these developments. In that report, Defendants should describe the "number and depth of comments" that they received and how those comments affect their estimated timeline for finalizing the relevant rulemaking.

EPA still has not issued the final Renewable Fuel Standards for 2026. Recently, Clean Fuels and Growth Energy filed a new lawsuit seeking the same relief based on their subsequent notice letters from February and March of 2025. *Clean Fuels Alliance America v. Zeldin*, 25-cv-03785. That case was designated as related to this case. Clean Fuels and Growth Energy moved for summary judgment in that case and requested that their motion be briefed and considered on an expedited basis. *Id.*, Dkt No. 3, 4. They continue to request that case be considered as

1

expeditiously as possible.

Clean Fuels and Growth Energy contacted counsel for Defendants regarding this status report and have not yet received a response.  It is the understanding of Clean Fuels and Growth Energy that counsel for Defendants may currently be furloughed.

Respectfully submitted,

/s/ Douglas A. Hastings
Bryan M. Killian
Douglas A. Hastings
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
(202) 739-3000
bryan.killian@morganlewis.com

*Counsel for Clean Fuels Alliance America*

/s/ David M. Lehn
David M. Lehn
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
(202) 237-2727
dlehn@bsfllp.com

*Counsel for Growth Energy*

November 7, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2025, I filed the foregoing using the Court's

CM/ECF system, which will electronically serve all counsel of record registered to use the

CM/ECF system.


 /s/ *Douglas A. Hastings*
DOUGLAS A. HASTINGS