**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLEAN FUELS ALLIANCE AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEE ZELDIN, Administrator of the U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants. | Civil Action No. 1:24-cv-3572 |

**STATUS REPORT**

Pursuant to this Court's January 16, 2026, Minute Order, Defendants U.S. Environmental Protection Agency and Administrator Zeldin (collectively, "EPA") hereby submit this status report.

1.      This action concerns Plaintiffs Clean Fuels Alliance and Growth Energy's assertion that EPA failed to complete its mandatory duty to issue a rule setting volumes of renewable fuel that refiners and importers of transportation fuel are required to incorporate into transportation fuel under the Clean Air Act Renewable Fuel Standard program, 42 U.S.C. § 7545(o), for the 2026 compliance year.  *See* Compl. (Dkt. 1).

2.      EPA has been diligently working to complete the rulemaking finalizing volumes for the 2026 compliance year, as required by 42 U.S.C. § 7545(o)(2)(B)(ii).  *See* Ex. 1 ¶¶ 8-10. To that end, EPA published a proposed rule setting the volumes for both the 2026 and 2027 compliance years simultaneously on June 17, 2025.  90 Fed. Reg. 25784 (June 17, 2025). Pursuant to its statutory obligations for Clean Air Act rulemakings promulgated under 42 U.S.C. § 7545, EPA held a public hearing on the proposal on July 8, 2025, and received public

comments another 30 days through August 8, 2025.  *See* Ex. 1 ¶ 8; 42 U.S.C. § 7607(d)(1)(E), (5).

3.      Simultaneously with EPA's completion of that proposed rule, EPA was also assessing how to address the vacatur of EPA's final actions regarding a large number of small refinery exemption petitions, and ultimately issued 175 small refinery adjudications on August 22, 2025.  90 Fed. Reg. 41829 (Aug. 27, 2025).

4.      Because EPA's decisions on the 175 small refinery exemption petitions potentially impact certain statutory factors EPA must consider in proposing 2026 and 2027 volumes, on September 16, 2025, EPA signed a supplemental notice of proposed rulemaking regarding the impact of the small refinery exemption decisions on the previously proposed volumes.  90 Fed. Reg. 45007 (Sept. 18, 2025).  Pursuant to EPA's mandatory statutory requirements for Clean Air Act rulemakings promulgated under 42 U.S.C. § 7545, EPA held a public hearing on the supplemental proposal on October 1, 2025.  *See* Ex. 1 ¶ 8; 42 U.S.C. § 7607(d)(1)(E), (5).  The comment period closed October 31, 2025.  90 Fed. Reg. 45007.

5.      In response to EPA's original notice of proposed rulemaking, EPA received over 1,900 comments, including over 300 unique and substantive comments.  *See* Ex. 1 ¶ 8.

6.      In response to its supplemental proposal, EPA received over 350 additional comments.  *See id*.  Over 80 of the comments on the supplemental proposal provide substantive input on various aspects of the supplemental proposal.  *See id*.

7.      On February 25, 2026, EPA submitted the draft final rule to the Office of Management and Budget ("OMB") for review and dissemination to other federal agencies for interagency review.  *See id*. ¶ 9; https://www.reginfo.gov/public/do/eoDetails?rrid=1292014;

Dec. 29, 2026 Status Report, Ex. 1 ¶ 13 (Dkt. No. 17); Exec. Order 12866.  EPA is continuing to work with other federal agencies on the rulemaking during this process.  *See* Ex. 1 ¶ 9.

8.      After OMB clears the rule, EPA will sign and submit the rule to the Office of the Federal Register for publication.  *See id*.

9.      EPA continues to prioritize this rulemaking and is working to complete it as expeditiously as possible.  *See id*. ¶¶ 8-10.  Given the tasks remaining to be completed, EPA continues to expect it will finalize the rulemaking within the first quarter of 2026, *i.e.*, by March 31, 2026.  *See id*. ¶ 10.

Respectfully submitted,

Dated: March 2, 2026

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
Environment and Natural Resources Division

*Of Counsel:*
ROSEMARY H. KABAN
U.S. Environmental Protection Agency
Washington, D.C.

 /s/ *Kimere J. Kimball*
KIMERE J. KIMBALL
Trial Attorney
U.S. DOJ/ENRD
P.O. Box 7611
Washington, D.C.  20044
(202) 598-7680
Kimere.kimball@usdoj.gov
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

　/s/ *Kimere J. Kimball*　　　　　
KIMERE J. KIMBALL