# EXHIBIT

# 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLEAN FUELS ALLIANCE AMERICA, et al., | ) |
| Plaintiffs, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) No. 1:24-cv-3572 |
| LEE M. ZELDIN, | ) |
| Administrator of the U.S. | ) |
| ENVIRONMENTAL PROTECTION | ) |
| AGENCY, et al., | ) |
| Defendants. | ) |
| | ) |

**DECLARATION OF AARON SZABO**

1.     I, AARON SZABO, pursuant to 28 U.S.C. § 1746, declare, under penalty of perjury, that the following statements are true and correct based upon my personal knowledge or upon information provided to me by persons in my official capacity.

2.     I am the Assistant Administrator for the United States Environmental Protection Agency (EPA or "the Agency") Office of Air and Radiation (OAR), which is located at 1200 Pennsylvania Avenue, NW, Washington, D.C. 20460.

3.     Prior to joining EPA, I served as a federal civil servant, first at the Nuclear Regulatory Commission, where I worked on nuclear power plant issues and regulations, and then at the White House Office of Information and Regulatory Affairs, where I worked on major climate and air regulations. I continued my career civil service as the Senior Counsel at the Council on Environmental Quality, where my role expanded to include the National Environmental Policy Act and federal sustainability issues. I hold degrees in economics,

1

government and politics from the University of Maryland, College Park, and a law degree from George Washington University Law School.

4.     OAR is the EPA office with primary responsibility for administration of the Clean Air Act ("CAA"). As the Assistant Administrator for OAR, I serve as the principal advisor to the Administrator on matters pertaining to air and radiation programs and am responsible for managing these programs, including: policy development and evaluation; development of emissions standards; policy guidance and overview; and technical support and evaluation of regional air and radiation program activities.

5.     Through my role as Assistant Administrator for OAR, I am familiar with the development and implementation of EPA programs, policies, and regulations under the CAA. As part of my duties, I oversee the development and implementation of regulations, policy, and guidance under section CAA section 211(o), 42 U.S.C. § 7545(o), the Renewable Fuel Standard ("RFS") program, including the rulemaking finalizing volumes and percentage standards of renewable fuel required to be incorporated into transportation fuel for 2026 and 2027 (referred to as the "Set 2 rule").

6.     This declaration is filed in support of EPA's status report in the case under *Clean Fuels Alliance America, et al. v. Zeldin, et al.*, No. 1:24-cv-3572 (D.D.C.).

7.     Prior declarations filed in *Clean Fuels Alliance America, et al. v. Zeldin, et al.*, No. 1:24-cv-3572 (D.D.C.) on September 19, 2025 (Dkt. No. 15), and December 29, 2025 (Dkt. No. 17) have described the statutory requirements as well as the rulemaking process associated with finalizing the Set 2 rule, initially proposed on June 17, 2025, and are incorporated herein. A declaration filed on February 2, 2026 (Dkt. No. 18) updated this court on the status of the rulemaking at that time.

8.      As noted previously, EPA issued a proposed rulemaking for the Set 2 Rule on June 17, 2025.  90 Fed. Reg. 25784 (June 17, 2025).  EPA held a public hearing on the proposal on July 8, 2205, and received comments through August 8, 2025.  EPA received over 1,900 written comments, including over 300 unique and substantive comments.  On August 22, 2025, EPA adjudicated 175 small refinery exemption petitions.  90 Fed. Reg. 41829 (Aug. 27, 2025).  As a result of the August small refinery adjudications, EPA issued a supplemental proposal on the Set 2 Rule on September 18, 2025, to consider the impact of those adjudications on the 2026 and 2027 renewable fuel volume requirements.  90 Fed. Reg. 45007 (Sept. 18, 2025).  EPA then held a public hearing on the supplemental proposal, and received comments on the supplemental proposal through October 31, 2025.  EPA received over 350 comments on the supplemental proposal, including over 80 comments providing substantive, and often contradictory, input on various aspects of the supplemental proposal.

9.      EPA continues to prioritize this rulemaking and is working on it as expeditiously as it can. On February 25, 2026, EPA submitted the final rule (entitled "Renewable Fuel Standard (RFS) Program: Set 2") to the White House Office of Management and Budget ("OMB"). During the OMB review process, EPA will continue to work with other federal agencies on the rulemaking prior to finalization. Once OMB clears the final rule, the EPA Administrator will sign the rule and EPA will transmit the document to the Office of the Federal Register for publication.

10.     EPA still anticipates finalizing the Set 2 rule in the first quarter of 2026, i.e., by March 31, 2026.

In witness thereof, I have signed my name this 26th day of February 2026.

Aaron Szabo
Assistant Administrator,
Office of Air and Radiation
U.S. Environmental Protection Agency