**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLEAN FUELS ALLIANCE AMERICA, et al.,<br><br>　　　　　Plaintiffs<br><br><br>　　v.<br><br><br>LEE ZELDIN, in his official capacity as Administrator,<br>U.S. Environmental Protection Agency, et al.<br><br><br>　　　　　Defendants. | Civil Action No. 1:24-cv-3572 |

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned case is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs.

　　　　　　　　　　　　　　　　　　Respectfully submitted,


/s/ Douglas A. Hastings
Bryan M. Killian
Douglas A. Hastings
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 20004
(202) 739-3000
bryan.killian@morganlewis.com

*Counsel for Clean Fuels Alliance America*

/s/ David M. Lehn
David M. Lehn
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
(202) 237-2727
dlehn@bsfllp.com

*Counsel for Growth Energy*

1

Adam R.F. Gustafson
*Principal Deputy Assistant Attorney General*

 /s/ Kimere J. Kimball
*Trial Attorney*
U.S. DEPARTMENT OF JUSTICE
ENVIRONMENT & NAT. RESOURCES DIV.
150 M Street NE
Washington, DC  20001
(202) 598-7680
Kimere.kimball@usdoj.gov

*Counsel for Defendants*

April 17, 2026

2